### SKIDELSKY v. ROSENBLOOM.

(City Court of New York, Special Term. June 1, 1915.)

DISCOVERY ⬖38—EXAMINATION BEFORE TRIAL—NECESSITY.

    That plaintiff could obtain from other sources the information sought is no ground, under Code Civ. Proc. § 870, authorizing the examination of adversary party, for denying an examination of defendant before trial.

    [Ed. Note.—For other cases, see Discovery, Cent. Dig. § 51; Dec. Dig. ⬖38.]

Action by one Skidelsky against one Rosenbloom. Defendant moves to vacate an order. Order signed.

Morris Weiss, of New York City, for plaintiff.

Nadal, Jones & Mowton, of New York City, for defendant.

SCHMUCK, J. Motion denied. The order for examination before trial complies with the requirements of section 872 of the Code of Civil Procedure, and therefore should not be disturbed. The mere fact that plaintiff can obtain the information sought of the defendant by the examination from other sources is no reason why the order should be disturbed. Personal knowledge of the plaintiff, or the fact that she has other evidence of the issue is no bar to her examining her adversary under section 870 of the Code of Civil Procedure. Richards v. Whiting, 127 App. Div. 208, 111 N. Y. Supp. 21.

Order signed.

───────────────────────

⬖For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes